In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00558-CV
_____


TRACY A. BOLLINGER, Appellant

V.

LOUISE BOLLINGER, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 11-07-07758 CV

MEMORANDUM OPINION

The appellant, Tracy A. Bollinger, filed an agreed motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal. By agreement of the parties the mandate shall issue immediately. *See* Tex. R. App. P. 18.1(c).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 13, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.